```
McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>APPROXIMATELY $7,302.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>2005 MERCEDES BENZ ML350, LICENSE NUMBER 5HZU563,<br>VIN: 4JGAB57E45A524634,<br><br>　　　　　Defendant. | 1:08-CV-00297-OWW-GSA<br><br>STIPULATION AND ORDER STAYING ACTION<br><br><br><br><br>1:08-CV-00300-OWW-DLB |

　　　　It is hereby stipulated by and between plaintiff United States of America through their undersigned attorney and pro se Claimant Bouavone Keomounpane, for the above-entitled forfeiture actions, as follows:

　　　　1.　　Claimant Bouavone Keomounpane is presently facing federal criminal charges in the Eastern District of California, *United States v. Chansamouth Phiachantharath, et al.*, 1:07-CR-00268

1

1  OWW, allegedly relating to transactions or events which form the basis for these civil forfeiture
2  actions;
3      2.   The parties recognize that proceeding with this action has potential adverse affects on
4  the prosecution of the related-criminal case and/or upon claimant Bouavone Keomounpane's right
5  against self-incrimination in the related federal criminal case;
6      3.   Publication of the civil forfeiture actions has been completed and to date only Bouavone
7  Keomounpane, has filed a claim or answer, or otherwise appeared in this action, and the time for which
8  any other persons or entities to file a claim or answer has expired.
9      THEREFORE, the parties to this action stipulate as follows:
10     1.   Pursuant to 18 U.S.C. § 981(g), these actions shall be stayed pending the conclusion of
11 the federal criminal action presently pending against Bouavone Keomounpane in the Eastern District of
12 California.
13     IT IS SO STIPULATED.
14 Dated: May 27, 2008

McGREGOR W. SCOTT
United States Attorney

/s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

19 Dated: 5-27-08

/s/ Bouavone Keomounpane
BOUAVONE KEOMOUNPANE
Claimant

(original signature retained by attorney)

24     IT IS SO ORDERED.
25 **Dated:   May 28, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE