BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CV-00300-OWW-SMS |
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| 2005 MERCEDES BENZ ML350, LICENSE NUMBER 5HZU563, VIN: 4JGAB57E45A524634, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendant 2005 Mercedes Benz ML350, License Number 5HZU563, VIN: 4JGAB57E45A524634 (hereafter "defendant vehicle").

2. A Verified Complaint for Forfeiture *In Rem* was filed on February 29, 2008, seeking the forfeiture of the defendant vehicle, alleging said vehicle is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4), on the grounds that the defendant vehicle constitutes a conveyance used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of 21 U.S.C. § 841 *et seq.* Additionally, the defendant vehicle constitutes moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or

more violations of 21 U.S.C. § 841 *et seq.*, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

3. On March 5, 2008, in accordance with said Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant vehicle was issued and duly executed on March 19, 2008.

4. On or about April 11, 2008, a Public Notice of Arrest of the defendant vehicle appeared by publication in the *Business Journal*, a newspaper of general circulation in the county in which the defendant vehicle was seized (Fresno County). The Declaration of Publication was filed with the Court on April 24, 2008.

5. In addition to the Public Notice of Arrest having been completed, actual notice was personally served upon Claimant Bouavone Keomounpane. On April 9, 2008, Claimant filed a Claim. On May 12, 2008, Claimant filed an Answer to the Complaint. To date, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

6. Claimant Bouavone Keomounpane represents and warrants that she is the sole owner of the defendant vehicle.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against Bouavone Keomounpane and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, the defendant 2005 Mercedes Benz ML350, License Number 5HZU563, VIN: 4JGAB57E45A524634, shall be forfeited to the United States pursuant to 21 U.S.C. §§ 881(a)(4) and 881(a)(6), to be disposed of according to law.

4. Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages

arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

    5.    There was reasonable cause for the seizure and arrest of the defendant vehicle, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

    6.    All parties shall bear their own costs and attorneys' fees.

SO ORDERED THIS 27th day of April, 2011.

/s/ OLIVER W. WANGER
United States District Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed February 29, 2008, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant vehicle.

Dated: April 27, 2011        /s/ OLIVER W. WANGER
United States District Judge